

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00359-CV

**IN THE INTEREST OF J.E.J.A.**, a Child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00362
Honorable Monique Diaz, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we AFFIRM the trial court's order terminating A.A.'s parental rights.[1]  Because appellant is indigent, no costs of this appeal are assessed against her.

SIGNED December 7, 2022.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

---

[1] To protect the identity of the minor child in this appeal, we refer to the parent and child by their initials.  *See* TEX. FAM. CODE § 109.002(d); TEX. R. APP. P. 9.8(b)(2).